UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DOUGLAS P. BUSH,

                Petitioner,                Case No. 1:13-cv-518

v.                                      Honorable Paul L. Maloney

STEVEN RIVARD,

                Respondent.
_____/


## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:   June 12, 2013                    /s/ Paul L. Maloney_____
                                              Paul L. Maloney
                                              Chief United States District Judge