UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS P. BUSH,

        Petitioner,                      Case No. 1:13-cv-518

v.                                          Honorable Paul L. Maloney

STEVEN RIVARD,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.


Dated:   June 12, 2013                            /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                 Chief United States District Judge